**JDDF**
GEORGE E. CROMER, ESQ.
A PROFESSIONAL CORPORATION
George E. Cromer, Esq.
Nevada Bar No. 000183
2975 S. Rainbow Blvd., Suite G
Las Vegas NV  89146
Telephone  (702) 382-1777
Facsimile  (702) 382-3160
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**STATE OF NEVADA**

| | |
|---|---|
| HOLLY NYDES, an individual ) | Case No.:2:11-cv-01675-KJD-PAL |
| ) | |
| Plaintiff, ) | |
| vs. ) | **JUDGMENT BY DEFAULT ON** |
| ) | **DEFENDANT'S DOUGLAS OSBORNE AND** |
| DOUGLAS OSBORNE, an individual, ) | **TAIL SPIN BAR & GRILL** |
| TAIL SPIN BAR & GRILL, a no ) | |
| longer existent NEVADA ) | |
| CORPORATION, ACES & ALES, a ) | |
| NEVADA CORPORATION, DOES I ) | |
| through X and ROE CORPORATIONS I ) | |
| through X, inclusive ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter having come on for ^Prove Up Hearing on the 5th day of February, 2013, at the hour of 9:00 a.m. before the Honorable KENT J. DAWSON, Judge; Plaintiff, HOLLY NYDES appearing in person and by and through their attorney of record, GEORGE E. CROMER, ESQ.; Defendants DOUGLAS OSBORNE and TAIL SPIN BAR & GRILL not appearing and not represented by counsel; and the Court having reviewed all the papers and pleadings on file herein, arguments having been made and the Court being fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Court takes the factual allegations in Plaintiff's Complaint as true.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that default against the Defendants MARVIN DOUGLAS OSBORNE and TAIL SPIN BAR & GRILL is granted.

**IT IS FURTHER ORDERD, ADJUDGED AND DECREED** that Plaintiffs have judgment against Defendants and each of them as follows:

```
            $50,000.00 for Damages
            $10,000.00 for Attorney's fees
  TOTAL     $60,000.00
```

Judgment, together with interest from February 5, 2013, at the legal rate of three and a quarter percent (3.25%).  For a total judgment in the amount of $60,000.00.

Dated this 11th day of February, 2013.

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE

The undersigned hereby requests
the entry of Judgment by Default.

_____
George E. Cromer, Esq.
Nevada Bar No. 000183
2975 S. Rainbow Blvd., Suite G
Las Vegas NV  89146
702-382-1777
Attorney for Plaintiff